## 36102. COPELAND v. COPELAND.

PER CURIAM.

Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. L. 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

SUBMITTED MARCH 28, 1980 — DECIDED
APRIL 23, 1980.

*Moore, McLaughlin & Carey, James B. McLaughlin,*

*Jr.,* for appellant.
*William T. Exum,* for appellee.